Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002247
02-JAN-2014
08:28 AM

NO. CAAP-13-0002247

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KATHERINE A. CLARK and JEFFREY T. ALLEN,
Plaintiffs-Appellants,
v.
FARA DIENNE BOISVERT, et al.,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 12-1-398K)

ORDER APPROVING THE DECEMBER 22, 2013
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed December 22, 2013, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule (HRAP) 42(b), and agree to bear their own costs and fees on appeal; (3) the appeal has not been docketed; and (4) dismissal is warranted under HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.  The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i,  January 2, 2014.


Chief Judge

Associate Judge

Associate Judge